IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| KOOL SMILES PC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:10CV01166 SWW |
| | * | |
| DR. ERIC SHARKS, | * | |
| | * | |
| Defendant. | * | |

## DEFAULT JUDGMENT

The defendant, Eric Sharks, having failed to appear, plead or otherwise defend in this action, and default having been entered on December 8, 2011, and counsel for plaintiff having requested judgment against the defendant,[1] and defendant having failed to notify the Court that he wishes to be heard on the issue of damages,[2] it is hereby Ordered, Adjudged, and Decreed that plaintiff, Kool Smiles, PC, recover of the defendant, Eric Sharks, $102,321.95 in damages plus post-judgment interest in the amount of .12 % per annum.

SO ORDERED this 5th day of January, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] Docket entry 3.

[2] Docket entries 5 & 6.